IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 21-CV-01142-NRN

**JEFFREY HALE (personally and as personal representative of the Estate of Jesselyn Hale and the Special Conservator of D.K.L. (a minor)),**

    *Plaintiff,*

vs.

**AIG CLAIMS, INC. and**

**NATIONAL UNION FIRE INS. CO. OF PITTSBURGH, PA,**

    *Defendants.*

## STIPULATION FOR DISMISSAL WITH PREJUDICE

The Plaintiff, Jeffrey Hale, and the Defendants, AIG Claims, Inc. and National Union Fire Ins. Co. of Pittsburgh, PA, pursuant to Fed. R. Civ. P. 41(a), stipulate that Plaintiff's claims and this action against Defendants be dismissed with prejudice, with the parties each responsible for paying their own costs and attorneys' fees.

Respectfully submitted this 22nd day of November 2021,

| | |
|---|---|
| *s/ Timothy M. Garvey* | *s/ Jane Young* |
| Shawn E. McDermott | Jane Young |
| Timothy M. Garvey | McElroy Deutsch |
| McDERMOTT LAW, LLC | 5600 S. Quebec St., C100 |
| 4600 S. Ulster St., Suite 800 | Greenwood Village, CO 80111 |
| Denver, CO 80237 | *jyoung@mdmc-law.com* |
| (303) 964-1800 | |
| (303) 964-1900 | **Counsel for Defendants** |
| *shawn@mcdermottlaw.net* | |
| *tim@mcdermottlaw.net* | |
| **Counsel for Plaintiff** | |

1

## CERTIFICATE OF SERVICE

       I hereby certify that on November 22, 2021, I electronically filed the foregoing with the Clerk of the Court using the NEXTGEN system which will send notification of such filing to the following:

Jane Young
McElroy Deutsch
5600 S. Quebec St., C100
Greenwood Village, CO 80111
*jyoung@mdmc-law.com*

**Attorneys for Defendants AIG Claims, Inc. and National Union Fire Ins. Co. of Pittsburgh, PA**

                                                *Valerie Bourgault*
                                                Valerie Bourgault
                                                McDermott Law, LLC
                                                4600 S. Ulster St., #800
                                                Denver, CO 80237
                                                (303) 946-1800
                                                valerie@mcdermottlaw.net